PER CURIAM.
Affirmed. See Terry v. State, 808 So.2d 1249 (Fla.2002); McCall v. State, 862 So.2d 807 (Fla. 2d DCA 2003); O’Neal v. State, 862 So.2d 91 (Fla. 2d DCA 2003); Cook v. State, 816 So.2d 773 (Fla. 2d DCA 2002); Shaw v. State, 780 So.2d 188 (Fla. 2d DCA 2001).
As this court did in McCall, we certify direct conflict with Richardson v. State, 2003 WL 21697171, 884 So.2d 950 (Fla. 4th DCA July 23, 2003), supplemented on rehearing, 884 So.2d 950 (Fla. 4th DCA Jan.14, 2004).
Affirmed; conflict certified.
CASANUEVA, SALCINES, and SILBERMAN, JJ., concur.